UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YANELLE STRONG-FISCHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-265 (RWR) |
| ) | |
| NORMAN Y. MINETTA, ) | |
| ) | |
| Defendant. ) | |

### ORDER TO SHOW CAUSE

Plaintiff filed her complaint on February 5, 2007, but has filed no proof that defendants have been served within the 120 day period allowed by Fed. R. Civ. P. 4(m). Accordingly, it is hereby

ORDERED that on or before July 3, 2007, plaintiff shall either file proof of service upon defendants or show cause in writing why this case should not be dismissed for failure to prosecute.

SIGNED this 19th day of June, 2007.

/s/
RICHARD W. ROBERTS
United States District Judge