UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YANELLE STRONG-FISCHER

  v.                                                    1:07-CV-265 RWR

NORMAN Y. MINETTA
      SECRETARY OF TRANSPORTATION

<u>MS. STRONG-FISHER'S FILING OF HER PROOF OF SERVICE OF HER COMPLAINT, RESPONSE TO ORDER TO SHOW CAUSE AND AND FOR LEAVE TO FILE</u>

     COMES NOW, Ms. Yanelle Strong-Fischer, by and through counsel, and files her Proof of Service of Process of her Complaint in this case, responds to the Order to Show Cause and respectfully moves for leave to file for the following reasons:

1. Ms. Strong-Fischer is the plaintiff in this case.

2. Ms. Strong-Fischer has duly filed her Original Complaint in this case.

3. Ms. Strong Fischer's case involves her right to <u>de novo</u> trial of her employment causes of action arising from her employment with the Department of Transportation.

4. In accordance with the Federal Rules, Ms. Strong-Fischer served a copy of her Original Petition by mailing, certified mail, return receipt requested to each of (a) the Department of Justice, (b) the US Attorney General and (c) the Secretary of Transportation (on May 16, 2007).

5. Date-stamped copies of the receipts of mailing are attached hereto as Exhibits 1-3, respectively.

6. Ms. Strong-Fischer received back return receipts from each of these mailings; for the Department of Justice (on Exhibit 1), for the U.S. Attorney (on Exhibit 2), and for the Secretary of Transportation (on Exhibit 3).

7. The Department of Justice (May 21, 2007)and U.S. Attorney (May 29, 2007) both signed and dated the return receipts, thereby demonstrating service of the original complaint upon them. See Exhibits 1 and 2.

8. Upon receiving the three receipts, Ms. Strong-Fischer was confident that the return of three return receipts demonstrated service on the agency.

9. However, upon closer inspection of the Secretary of Transportation's return receipt, Ms. Strong-Fischer has determined that the Secretary of Commerce returned the return receipt without signing or dating it.

10. While Ms. Strong-Fischer believes that service upon the Defendant Secretary has been accomplished, out of an abundance of caution, Ms. Strong-Fischer moves, via the accompanying motion, for an enlargement of time to re-serve and file signed proof of service on the Secretary (via a signed return receipt of service) within 50 days.

11. Ms. Strong-Fischer respectfully requests leave to file this motion. Ms. Strong-Fisher's filing of this motion has been delayed by the move of counsel's office counsel beginning June 12-19, 2007. Counsel had noted the Court's show cause order, but had inadvertently failed to calendar the date for response. On the 4th of July holiday, counsel realized that the date was just before the holiday rather than after, and immediately filed this motion, regretting the delay.

12. Granting this motion will serve the cause of justice by allowing service of all parties and a full and fair adjucation of this case on the merits of the case.

13. As above, Ms. Strong-Fischer has sent service of process to all Defendant's agencies and has received signed confirmation of service from 2 of the 3 agencies. Although Counsel believes that the Secretary of Transportation has already been effectively served, counsel believes that the Court my desire to receive a fully signed acknowledgement of service and fully anticipates that service on the Secretary of Transportation can be timely perfected and conclusively and timely demonstrated as above.

WHEREFORE, PREMISES CONSIDERED, Ms. Strong-Fisher respectfully requests that, she has demonstrated just cause that she has prosecuted this case by attempting/sending service on all departments of the Defendant, and filing proof of service and therefore this case should not be dismissed for failure to prosecute and that motion for leave to file be granted.

Respectfully considered,
/s/
Brian C. Plitt, Attorney at Law
1519 Constitution Ave, N.E., 201
Washington, D.C. 20002

Attorney for Ms. Yanelle Strong-Fischer

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.58 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.38 |

Postmark Here — 05/16/2007

Sent To: Department of Justice
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave NW
City, State, ZIP+4: D.C. 20350

Article number: 7006 0810 0002 9631 7501

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Department of Justice
950 Pennsylvania Ave, NW
Washington D.C. 20350

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☐ Agent   ☐ Addressee

B. Received by (Printed Name): MAY 24, 2007
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0002 9631 7501

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Exhibit 1

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.58   0113 |
| Certified Fee | | $2.65   -16 |
| Return Receipt Fee (Endorsement Required) | | $2.15     Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.38   05/16/2007 |

Sent To: U.S. Attorney
Street, Apt. No.; or PO Box No.: 501 3rd St., N.W.
City, State, ZIP+4: Washington D.C. 20001

PS Form 3800, June 2002          See Reverse for Instructions

7005 1820 0000 8113 7425

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney
501 3rd St. N.W.
Washington D.C. 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
MAY 29 200                       2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0000 8113 7425

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Exhibit 2

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.58 | 0113 |
| Certified Fee | | $2.65 | 16 |
| Return Receipt Fee (Endorsement Required) | | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | MAY 16 |
| Total Postage & Fees | $ | $5.38 | 05/16/2007 |

Sent To: Norman Y. Mineta, Sec of Trans.
Street, Apt. No.; or PO Box No.: 400 7th St. N.W.
City, State, ZIP+4: Wash, D.C. 20590

PS Form 3800, June 2002   See Reverse for Instructions

Article tracking: 7006 0810 0002 9631 7495

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Norman Y. Mineta
   Secretary of Transportation
   400 7th St. S.W.
   Washington D.C. 20590

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0002 9631 7495

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**YANELLE STRONG-FISCHER**

   v.                                    1:07-CV-265 RWR

**NORMAN Y. MINETTA**
     **SECRETARY OF TRANSPORTATION**

<u>ORDER</u>

Upon Consideration of Ms. Strong-Fischer's Filing of her Proof of Service of her Complaint, Response to her Order to Show Cause, and Motion for Leave to File, and a review of the record, it appears that Ms. Strong-Fischer's Motion for Leave to File should be and hereby is GRANTED and that this case should not be dismissed for failure to prosecute.

SO ORDERED.

                                                                _____
                                                                **Richard W. Roberts**
                                                                 **UNITED STATES DISTRICT JUDGE**

Case 1:07-cv-00265-RWR    Document 3-5    Filed 07/05/2007    Page 2 of 2