UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**YANELLE STRONG-FISCHER**

   v.                                                                    1:07-CV-265 RWR

**NORMAN Y. MINETTA**
      **SECRETARY OF TRANSPORTATION**

<u>MS. STRONG-FISCHER'S MOTION FOR ENLARGEMENT OF TIME TO FILE PERFECTED PROOF OF SERVICE AND FOR LEAVE TO FILE</u>

COMES NOW, Ms. Yanelle Strong-Fischer, by and through counsel and files her Motion for Enlargement of Time to File Perfected Proof of Service of Process of her Complaint in this case, and respectfully moves for leave to file for the following reasons:

1. For the reasons stated in the accompanying Filing of Proof of Service and Response to Order to Show Cause, Ms. Strong-Fischer, has served one copy of the original petition and summons, certified mail return receipt requested, but has received a return receipt unsigned from the Defendant Secretary.

2. For the same reasons set out in the Motion, Ms. Strong-Fischer seeks an enlargement of time to re-serve the Secretary of Treasury with another copy of the original petition and summons and file a signed return receipt as uncontested proof of service.

3. Ms. Strong-Fischer respectfully requests leave to file this motion, as filing was delayed inadvertently by the move of counsel's office and by the fact that the Secretary had returned but not signed his return receipt.

4. In an abundance of caution, given mail delivery, 50 days should be sufficient to re-serve the Secretary, receive a signed receipt and file proof of service. If a receipt is returned before that date, Ms. Fischer will file same forthwith.

WHEREFORE, PREMISES CONSIDERED, Ms. Strong-Fischer respectfully requests a 50-day enlargement of time to re-serve the Secretary of the Treasury with a copy of the complaint and summons and to file proof of service with this Court.

>Respectfully considered,
>/s/
>Brian C. Plitt, Attorney at Law
>1519 Constitution Ave, N.E., 201
>Washington, D.C. 20002
>
>Attorney for Ms. Yanelle Strong-Fischer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**YANELLE STRONG-FISCHER**

   **v.**                              **1:07-CV-265 RWR**

**NORMAN Y. MINETTA**
   **SECRETARY OF TRANSPORTATION**

ORDER

Upon Consideration of Ms. Strong-Fischer's Motion for Enlargement of Time to File Perfected Proof of Service and for Leave to File , and a review of the record, it appears that Ms. Strong-Fischer's Motion should be and hereby is GRANTED and that the date for filing proof of service on the Secretary of Transportation is extended for 50 days from the date of this Order.

   SO ORDERED.

                                                    _____
                                                  **Richard W. Roberts**
                                                  **UNITED STATES DISTRICT JUDGE**