UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| YANELLE STRONG-FISCHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 07-265 (RWR) |
| ) | |
| MARY E. PETERS, Secretary, ) | |
| of Transportation, ) | |
| ) | |
| Defendant. ) | |

## REPORT TO THE COURT BY THE UNITED STATES

A review of the Court Docket in this case reflects that an answer to the complaint is due July 30, 2007. However, Fed. R. Civ. P. 4(i)(2)(A) provides that service on an agency of the United States is effected by serving the United States as prescribed by Rule 4(i)(1) and by either personal service on certain specified individuals in the Office of the United States Attorney or by sending a copy of the summons and complaint by registered or certified mail to that office addressed to the "Civil Process Clerk." As plaintiff has failed to serve a summons as required by the rule or follow the provisions for service on the Office of United States Attorney, the time period for filing an answer the complaint has not begun to run. By this report and separate letter, plaintiff's counsel has been so notified.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

                                                /s/
                                  CLAIRE WHITAKER, D.C. Bar # 354530
                                  Assistant United States Attorney
                                  United States Attorney's Office/Civil Division
                                  555 4th Street, N.W., Room E-4204
                                  Washington, D.C. 20530
                                  (202) 514-7137