UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**YANELLE STRONG-FISCHER**

   v.                                        1:07-CV-265 RWR

**NORMAN Y. MINETTA**
      **SECRETARY OF TRANSPORTATION**

<u>REPORT TO THE COURT BY MS. STRONG-FISCHER</u>

Ms. Strong Fisher responds to the United States' Report by noting that she had served the United States Attorney by certified mail r.r.r. on 5-29-07 with the summons and complaint.  The United States states that the package did not contain a summons.  Ms. Strong-Fischer does believe that the package did contain a summons, however, to eliminate any doubt, she is sending a summons and complaint by certified mail, r.r.r. to "The Civil Process Clerk" of the United States Attorney in order to fully and indisputably perfect service.  In the meantime, Ms. Strong-Fischer would respectfully request this Honorable Court grant her earlier-filed Motion to Enlarge Time to Perfect Service, allowing 50 days for service to be perfected and proof of service filed.

                                     Respectfully submitted,
                                     /s/
                                   Brian C. Plitt, Attorney at Law
                                   1519 Constitution Ave, N.E., 201
                                   Washington, D.C.  20002

                                   Attorney for Ms. Yanelle Strong-Fischer

                                   August 2, 2007

Case 1:07-cv-00265-RWR   Document 10   Filed 08/02/2007   Page 2 of 2