UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YANELLE STRONG-FISCHER

  v.                                        1:07-CV-265 RWR

NORMAN Y. MINETTA
      SECRETARY OF TRANSPORTATION

<u>MS. STRONG-FISHER'S FILING OF HER PROOF OF SERVICE OF HER COMPLAINT, AND FOR LEAVE TO FILE</u>

COMES NOW, Ms. Yanelle Strong-Fischer, by and through counsel, and files her Proof of Service of Process of her Complaint in this case, and respectfully moves for leave to file for the following reasons:

1. This Court granted by Order of 8/28/07 an extension of time until 9/14/07 for Ms. Fischer to file proof of service on Defendant.

2. The only objection of Defendant is that Ms. Fischer had not specifically served "the Civil Process Clerk" of the United States Attorney. Service has been served executed as to the Defendant and the Department of Justice.

3. On 8/31/07, Ms. Fisher received a reissued summons, and mailed summons and copy of complaint to The Civil Process Clerk of the United States Attorney, 501 3rd St., N.W., Washington, D.C. 20001 by certified mail return receipt requested article no. #7004 1350 0003 2414 5191.

4. Ms. Fischer has received back yesterday, the return receipt for the same article to that address signed by "Ernest L. Parker" of that office stating it was received by the Civil Process Clerk of the United States Attorney on 9-14-07.

5. Service has therefore been effected on Defendant. Proof of service is verified by the declaration of counsel below.

6. Ms. Fischer requests leave be granted to file this proof of service as plaintiff was waiting until proof of service could be returned in order to file this notice and mail delivery and return receipt took longer than expected. Ms. Fisher regrets this delay.

WHEREFORE, PREMISES CONSIDERED, Ms. Strong-Fisher respectfully requests that, she has filed proof of service and that motion for leave to file be granted.

        Respectfully considered,
        /s/
        Brian C. Plitt, Attorney at Law
        1519 Constitution Ave, N.E., 201
        Washington, D.C. 20002

        Attorney for Ms. Yanelle Strong-Fischer

Declaration

I hereby state under penalty of perjury that the foregoing facts contained in the Paragraphs 1-5 above are true and correct. Executed this 21st day of September, 2007.

        /s/
        Brian C. Plitt