UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| YANELLE STRONG-FISCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0265 (RWR) |
| | ) | |
| MARY E. PETERS, Secretary, | ) | |
| Department Of Transportation | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO EXTEND TO TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves for a brief extension of time to file an answer or other response to the complaint in this case, to and including November 21, 2007. The answer is presently due on November 13, 2007. Plaintiff's counsel has graciously consented to this motion. The reason for this request is as follows:

Although undersigned counsel primarily assigned to this case has a draft dispositive motion prepared in lieu of an answer, she is unable to finalize this draft for supervisory review and filing with the Court because of illness. It is expected that by the end of the week of November 13, 2007, counsel will be back to work and in good health. Accordingly, a brief extension until November 21, 2007, is requested.

WHEREFORE, defendant respectfully requests that this motion to extend time be granted. A proposed order that would grant the relief sought is attached.

        Respectfully submitted,

        _____/s/_____
        JEFFREY A. TAYLOR , D.C. Bar # 498610
        United States Attorney

        _____/s/_____
        RUDOLPH CONTRERAS, D.C. Bar # 434122
        Assistant United States Attorney

        _____/s/_____
        CLAIRE WHITAKER, D.C. Bar # 354530
        Assistant United States Attorney
        United States Attorneys Office
        Civil Division
        555 4th Street, N.W., Room E-4204
        Washington, D.C. 20530
        (202) 514-7137

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YANELLE STRONG-FISCHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0265 (RWR) |
| ) | |
| MARY E. PETERS, Secretary, ) | |
| Department Of Transportation ) | |
| ) | |
| Defendant. ) | |

ORDER

UPON CONSIDERATION of defendant's Consent Motion to Extend time to file defendant's answer or other response to plaintiff's complaint, and for good cause shown, it is

HEREBY ORDERED that the motion is granted. The date for filing an answer or other response to the complaint in this case is extended to and including November 21, 2007.

Date_____                                         _____
                                                                                UNITED STATES DISTRICT JUDGE