UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**YANELLE STRONG-FISCHER**

   v.                                            1:07-CV-265 RWR

**NORMAN Y. MINETTA**
     **SECRETARY OF TRANSPORTATION**


MS. STRONG-FISHER'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR TRANSFER AND TO DISMISS

COMES NOW, Ms. Yanelle Strong-Fischer, by and through counsel, and files, her Consent Motion for Enlargement of Time to file Response to Defendant's Motion for Transfer and to Dismiss, for the following reasons:

1. The Defendant, following Ms. Strong-Fisher's Complaint, has filed a Motion for Transfer or to Dismiss.

2. Ms. Strong-Fischer consented to enlargement of time for said motion.

3. Ms. Strong-Fischer will file a Response to said Motion and additional time is necessary in order to prepare said response.

4. Ms. Strong-Fischer requests to submit said Response by March 21, 2008.

5. The United States Attorney has been consulted and does not oppose said enlargement of time.

WHEREFORE, PREMISES CONSIDERED, Ms. Strong-Fisher respectfully requests that, this Consent Motion be granted and that her time for response to Defendant's Motion(s) for Transfer or to Dismiss her Complaint, be extended to and including March 21, 2008.

Respectfully considered,
/s/
Brian C. Plitt, Attorney at Law
1519 Constitution Ave, N.E., 201
Washington, D.C.  20002

Attorney for Ms. Yanelle Strong-Fischer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YANELLE STRONG-FISCHER

                            v.        1:07-CV-265 RWR

NORMAN Y. MINETTA
      SECRETARY OF TRANSPORTATION

ORDER

Upon consideration of Ms. Strong-Fischer's Consent Motion for Enlargement of Time to File Response to Defendant's Motion to Transfer or to Dismiss, it hereby appears that the Consent Motion should be and hereby is GRANTED and it is hereby ORDERED that Ms. Fischer will have to and including March 21, 2008 to file her Response(s).

SO ORDERED, this ___ day of March, 2008.

                                                          _____
                                                          United States District Judge