## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**YANELLE STRONG-FISCHER**

   **v.**                                         **1:07-CV-265 RWR**

**MARY PETERS, SECRETARY**
      **SECRETARY OF TRANSPORTATION**

### MS. STRONG-FISHER'S REFILED AND CORRECTED CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR TRANSFER AND TO DISMISS

COMES NOW,  Ms. Yanelle Strong-Fischer, by and through counsel, and re-files her Consent Motion for Enlargement of  Time to file Response to Defendant's Motion for Transfer and to Dismiss, for the following reasons:

1.  Ms. Strong-Fisher hereby amends the caption to include Mary Peters and regrets not having included the updated caption earlier.

2.  This third Enlargement of time to file Response to Defendant's Motion to Transfer and to Dismiss has been necessary for several reasons.   After the first Motion to Enlarge there has occurred for counsel of a co-plaintiff a several-day hearing of in a case of eight years duration in which counsel represented both plaintiffs, involving hearing during week of February 12-14, and in which extensive briefing, including closing argument is still ongoing, with a due date of April 1, 2008 for written closing arguments.  It was not determined until the second day of hearing that written closing argument would be required involving evidence of over 10 years involving two plaintiffs and in which there was a previous full hearing five years ago which

is still a mater of record and in which citation to the record will be necessary. This written closing argument may involve over 75 pages of writing and has unexpectedly diminished the time available to complete this briefing by March 3, 2008 .

3. In addition, there has been unexpected setting, of a second multi-day hearing during March 11-13, which has required weeks of advanced preparation from February 2008 and diminished the time available to complete Ms. Strong-Fischer's response by March 3, 2008.

4. Also in preparing the response, which involves reconstructing the filing records and responding on minimum contacts grounds, review of filing records has taken longer than anticipated.  Ms. Fisher has found that preparation of the response may involve review of original receipts at the U.S. Attorney's offices before filing the response, and has productively discussed this issue with the U. S. Attorney's office.   This would need to be done during the time from March 10-21, 2008.

5. As this Honorable Court is aware, Ms. Fisher has been liberal in allowing for enlargement of time, for the United States to respond and to with respect to Motion dates.

6. Allowing this enlargement is will be in interest of justice, as it will allow, under the circumstances, for an opportunity for a full and fair briefing on the issues in order to aid the Honorable Court in its decision.

7. This motion is a consent motion.

WHEREFORE, PREMISES CONSIDERED, Ms. Strong-Fisher respectfully requests that, this Consent Motion be granted and that her time for response to Defendant's Motion(s) for Transfer or to Dismiss her Complaint, be extended to and including March 21, 2008.

Respectfully submitted,
/s/
Brian C. Plitt, Attorney at Law
1519 Constitution Ave, N.E., 201
Washington, D.C.  20002

Attorney for Ms. Yanelle Strong-Fischer

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**YANELLE STRONG-FISCHER**

**v.        1:07-CV-265 RWR**

**NORMAN Y. MINETTA
     SECRETARY OF TRANSPORTATION**


ORDER


Upon consideration of Ms. Strong-Fischer's Refiled and Corrected Consent

Motion for Enlargement of Time to File Response to Defendant's Motion to Transfer or

to Dismiss, it hereby appears that the Consent Motion should be and hereby is

GRANTED and it is hereby ORDERED that Ms. Fischer will have to and including

March 21, 2008 to file her Response(s).

SO ORDERED, this ___ day of March, 2008.


_____
United States District Judge