```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|   |   |   |
|---|---|---|
| **YANELLE STRONG-FISCHER,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 07-265 (RWR) |
| **MARY PETERS,** | ) | |
| Defendant. | ) | |

## ORDER TO SHOW CAUSE

On May 22, 2008, the court granted in part and denied in part the defendant's motion to dismiss the complaint. The defendant has not filed a response to the claim surviving the motion to dismiss within the time allowed under Federal Rule of Civil Procedure 12(a)(4)(A), and plaintiff has failed to seek entry of default or other sanctions. Accordingly, it is hereby

ORDERED that plaintiff shall show cause in writing by July 28, 2008 why this case should not be dismissed for want of prosecution. If appropriate, plaintiff may satisfy this order by securing entry of default, and filing and serving on defendant either a motion for default judgment with a proposed final default judgment, or a motion for an order directing the defendant to show cause in writing why the remaining allegations of the complaint should not be deemed admitted under Federal Rule of Civil Procedure 8(b)(6) due to defendant's failure to respond to them after the court's ruling on the motion to dismiss.

- 2 -

SIGNED this 17th day of July, 2008.

                                                      /s/
                                      RICHARD W. ROBERTS
                                      United States District Judge