## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**YANELLE STRONG-FISCHER**

    **v.**                                                   **1:07-CV-265 RWR**

**MARY PETERS, SECRETARY**
      **DEPARTMENT OF TRANSPORTATION**

MS. FISCHER'S MOTION FOR ORDER TO SHOW CAUSE IN WRITING WHY
THE ALLEGATIONS IN THE COMPLAINT SHOULD NOT BE DEEMED
ADMITTED UNDER FRCP 8(B)(6) DUE TO FAILURE TO RESPOND

COMES NOW, Ms. Yanelle Strong (formerly Strong-Fischer), by and through

counsel, and submits the above Motion, pursuant to this Honorable Court's Order to

Show Cause of 7-17-08, and hereby respectfully states the following in support:

Factual Background

Ms. Fisher filed her complaint on 2-5-07 and served the Defendant Secretary of

Transportation.  Her complaint asserts discrimination and retaliation under Title VII and

42 U.S.C. 1981.  Defendant filed a Motion to Dismiss, in lieu of answer, which this

Honorable Court denied, on May 22, 2008, as to Ms. Fischer's 42 U.S.C. 1981 claims

and as to the motion to transfer.

However, the Defendant has never filed an Answer or responsive pleading to any

part of the complaint, including, Ms. Fisher's assertions relating to 42 U.S.C. 1981.

Pursuant to Fed. R. Civ. Proc. 12, said answer was required to be responded to within 60

days of the service of the complaint or, given that a Motion was Filed in lieu of Answer,

then immediately after the Order dated May 22, 2008 (in fact 60 days has passed since

that Order).  .

Under Fed R. Civ. Proc. 8 (b)(6), due to defendant's failure to respond to the allegations in Ms. Strong-Fischer's complaint relating to 42 U.S.C. 1981, these allegations may be deemed admitted.

As Defendant has failed to respond to these allegations following this Honorable Court's denial, on May 22, 2008, of the Motion to Dismiss the 42 U.S.C. 1981 claim in the Complaint, Ms. Strong-Fisher hereby moves for an Order directing the Defendant to show cause in writing why the allegations of her complaint relating to Ms. Fisher's violation of 42 U.S.C. 1981 claim should not be admitted.

An Order is attached herewith and requested, directing Defendant within 10 days to Show Cause in writing why the remaining allegations of the complaint should not be deemed admitted.

WHEREFORE, PREMISES CONSIDERED, Ms. Strong-Fisher respectfully requests that, this Motion be granted and that the attached Order for Defendant to Show Cause be hereby issued.

Respectfully submitted,
/s/
Brian C. Plitt, Attorney at Law
1519 Constitution Ave, N.E., 201
Washington, D.C.  20002

Attorney for Ms. Yanelle Strong-Fischer

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**YANELLE STRONG-FISCHER**

    **v.**                                    **1:07-CV-265 RWR**

**MARY PETERS, SECRETARY**
        **DEPARTMENT OF TRANSPORTATION**

**<u>ORDER</u>**

Upon Consideration of Ms. Strong-Fischer's Motion for Order Directing the Defendant to Show Cause why the remaining allegations in the Complaint should not be deemed Admitted, any response and a review of the file, it appears that the Motion should be and hereby is GRANTED.

It is hereby ORDERED, ADJUDGED and DECREED that defendant shall within 10 days of the date of this ORDER, Show Cause in writing why the allegations of plaintiff's complaint relating to her claim under 42 U.S.C. 1981, including paras. 34-41 should not be deemed admitted under Federal Rule of Civil Procedure 8(b)(6) due to defendant's failure to respond to them after the Court's ruling, May 22, 2008, on its Motion to Dismiss.

SO ORDERED this ___ day of July, 2008.

                                       _____

                                       RICHARD W. ROBERTS
                                       United States District Judge