UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**YANELLE STRONG-FISCHER**

  v.                                            1:07-CV-265 RWR

**MARY PETERS, SECRETARY**
    **DEPARTMENT OF TRANSPORTATION**

<u>MS. FISCHER'S RESPONSE TO ORDER TO SHOW CAUSE OF JULY 17, 2008.</u>

      COMES NOW, Ms. Yanelle Strong (formerly Strong-Fischer), by and through counsel, and submits her RESPONSE to this Court's Order to Show Cause of 7-17-08, and hereby respectfully states the following in support:

      Plaintiff Ms. Strong-Fisher responds to the Honorable Court's Motion to Show Cause by stating that she is prosecuting her case and has filed herewith, pursuant to the suggestion in this Honorable Court's Order to Show Cause of 7-17-08, her Motion for an Order Directing the Defendant to Show Cause Why the Allegations in the Complaint Should not be Deemed Admitted.

      The Honorable Court in its Show Cause Order stated that such a filing will satisfy the Order.

      As Ms. Strong-Fischer has filed her Motion Directing the Defendant to Show Cause, it is not necessary to seek Default at this time.

WHEREFORE, as Ms. Strong-Fischer has filed the referenced Motion, and it is Defendant who has failed to respond following this Court's ruling of 5-22-08, denying in part its Motion to Dismiss, Ms. Strong-Fischer has shown cause why this case should be maintained.

WHEREFORE, PREMISES CONSIDERED, Ms. Strong-Fisher respectfully requests that, the Order to Show Cause hereby be Discharged.

                        Respectfully submitted,
                             /s/
                        Brian C. Plitt, Attorney at Law
                        1519 Constitution Ave, N.E., 201
                        Washington, D.C.  20002

                        Attorney for Ms. Yanelle Strong-Fischer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YANELLE STRONG-FISCHER

   v.                                                1:07-CV-265 RWR

MARY PETERS, SECRETARY
      DEPARTMENT OF TRANSPORTATION

## ORDER

Upon Consideration of Ms. Strong-Fischer's Response to the Order to Show Cause of 7-17-08, and her filing, as suggested, a Motion for Order to Show Cause directed to Defendant, it is hereby ORDERED, ADJUDGED and DECREED that the Order to Show cause of 7-17-08 is hereby DISCHARGED.

SO ORDERED this ___ day of July, 2008.

                                                      _____
                                                      RICHARD W. ROBERTS
                                                      United States District Judge