```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|  |  |  |
|---|---|---|
| **YANELLE STRONG-FISCHER,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-265 (RWR) |
| **MARY PETERS,** | ) ) ) | |
| Defendant. | ) ) | |

### ORDER TO SHOW CAUSE

On August 8, 2008, the plaintiff filed a first amended complaint. The defendant has not filed a response within the time allowed under Federal Rule of Civil Procedure 15(a)(3), and plaintiff has failed to seek entry of default or other sanctions. Accordingly, it is hereby

ORDERED that plaintiff shall show cause in writing by September 19, 2008 why this case should not be dismissed for want of prosecution. If appropriate, plaintiff may satisfy this order by securing entry of default, and filing and serving on defendant either a motion for default judgment with a proposed final default judgment, or a motion for an order directing the defendant to show cause in writing why the allegations of the first amended complaint should not be deemed admitted under Federal Rule of Civil Procedure 8(b)(6) due to defendant's failure to respond to them. It is further

ORDERED that plaintiff's motion [23] for an order requiring

- 2 -

defendant to show cause why the allegations in the original complaint should not be deemed admitted be, and hereby is, DENIED AS MOOT, and the July 17, 2008 show cause order is hereby DISCHARGED.

SIGNED this 9th day of September, 2008.

```
                                     /s/
                       RICHARD W. ROBERTS
                       United States District Judge
```